No. 77–5542.   ZILKA *v.* WALKER ET AL.   C. A. 5th Cir. Certiorari denied.

No. 77–5546.   HENDERSON *v.* COURT OF APPEAL OF CALIFORNIA, SECOND APPELLATE DISTRICT.   Sup. Ct. Cal.   Certiorari denied.

No. 77–5550.   HAYTON *v.* EGELER, WARDEN.   C. A. 6th Cir. Certiorari denied.

No. 77–5552.   ROBINSON *v.* INDIANA.   Sup. Ct. Ind.   Certiorari denied.

No. 77–5558.   WEST *v.* SMITH.   C. A. 2d Cir.   Certiorari denied.

No. 77–5559.   DE SWOLKIEN *v.* MCKENNA ET AL.   Sup. Ct. N. J.   Certiorari denied.

No. 77–5564.   POSTON *v.* SOUTH CAROLINA.   Sup. Ct. S. C. Certiorari denied.

No. 77–5565.   GALBRAITH *v.* CITY OF COLUMBUS, OHIO. C. A. 6th Cir.   Certiorari denied.

No. 77–5567.   THOMPSON *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 77–5569.   MONACO ET AL. *v.* BOARD OF EDUCATION OF THE CITY OF CHICAGO ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 77–5573.   RAINES *v.* ALABAMA.   C. A. 5th Cir.   Certiorari denied.

No. 77–5578.   CARLSON *v.* UNITED STATES.   C. A. 1st Cir. Certiorari denied.

No. 77–5585.   DYAS *v.* UNITED STATES.   Ct. App. D. C. Certiorari denied.